**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1527**

---

STEVEN E. LANG,

                    Plaintiff - Appellant,

    versus

NORDSTROM, INCORPORATED,

                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-1175-A)

---

Submitted: September 18, 2001      Decided: October 22, 2001

---

Before WILKINS, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven E. Lang, Appellant Pro Se. Stephen William Robinson, MCGUIREWOODS, L.L.P., McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven E. Lang appeals from the district court's order granting summary judgment for Defendant in Lang's action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C.A. §§ 201 - 219 (West 1998 & Supp. 2001). The district court denied relief for reasons stated from the bench and because Lang's action was barred by the applicable statute of limitations. Because Lang fails to challenge in his informal appellate brief the district court's finding that his action was time-barred, this issue is not preserved for review. See 4th Cir. Local R. 34(b). Accordingly, we affirm the district court's order granting summary judgment on the ground that Lang filed the action outside the limitations period. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2